**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DWIGHT HOLLINS, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | Removal from the Circuit Court of Cook |
| ) | County, Illinois |
| STEWART TITLE GUARANTY ) | |
| COMPANY, ) | Case No.: 2021-L-011906 |
| ) | |
| Defendant. ) | |

---

# EXHIBIT A

# to

# NOTICE OF REMOVAL

---

 CT Corporation

**Service of Process Transmittal**
12/22/2021
CT Log Number 540782112

TO: Pamela O'Brien
Stewart Title Guaranty Company
1360 POST OAK BLVD MC 14-1 STE 100
HOUSTON, TX 77056-3030

RE: **Process Served in Illinois**

FOR: Stewart Title Guaranty Company  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DWIGHT HOLLINS, // To: Stewart Title Guaranty Company |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L011906 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/22/2021 at 12:35 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Pamela O'Brien  pobrien@stewart.com |
| | Email Notification,  Litigation Department  litigation@stewart.com |
| | Email Notification,  Ivan Vasquez  ivasquez@stewart.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Dec 22, 2021

**Server Name:** John Valle

| Entity Served | STEWART TITLE GUARANTY COMPANY |
|---|---|
| Case Number | 2021l011906 |
| Jurisdiction | IL |



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Cook ☒ COUNTY | | |

FILED DATE: 11/24/2021 3:38 PM    2021L011906

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

**DWIGHT HOLLINS**
_____
Plaintiff / Petitioner *(First, middle, last name)*

v.

**STEWART TITLE GUARANTY COMPANY**
_____
Defendant / Respondent  *(First, middle, last name)*

**2021L011906**

**Case Number**

In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent.

In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

**1.    Information about the lawsuit:**
Amount claimed:     $ In excess of $50,000.00

**2.    Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last)*:  By Attorney - Owens Law LLC
Street Address, Apt #:   9 Crystal Lake Road, Suite 240
City, State, ZIP:  Lake In The Hills, IL 60156
Telephone:  847-854-8700
See attached for additional Plaintiff/Petitioner contact information

**3.    Contact information for the Defendant/Respondent:**
Name *(First, Middle, Last)*:  By Registered Agent CT Corporation System
Street Address, Apt #:  208 So. LaSalle St., Suite 814
City, State, ZIP:  Chicago, IL 60604
Telephone:
See attached for additional Defendant/Respondent contact information

**Important Information for the person receiving this form:**

You have been sued.
Follow the instructions on the next page on how to appear/answer.
- If you do not appear/answer, the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here:
http://www.illinoiscourts.gov/forms/approved/default.asp
- If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*
- You should read all of the documents attached.

Enter the Case Number given by the Circuit Clerk: _____

FILED DATE: 11/24/2021 3:38 PM 2021L011906

| In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. |
| --- |

**4. Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐ Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ ✓ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

| **STOP!**<br>The Circuit Clerk will fill in this section. |
| --- |

**Witness this Date:** _____

*Seal of Court*

**Clerk of the Court:** 11/24/2021 3:38 PM IRIS Y. MARTINEZ

_____

| **STOP!**<br>The officer or process server will fill in the Date of Service. |
| --- |

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: *12 - 22 - 2021*

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

**Plaintiff/Petitioner:** To serve this *Summons* you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:** E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office.

**12-Person Jury**

FILED
11/24/2021 3:38 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
15737345

IN THE CIRCUIT COURT OF COOK COUNTY
STATE OF ILLINOIS
LAW DIVISION

FILED DATE: 11/24/2021 3:38 PM    2021L011906

| | | |
|---|---|---|
| DWIGHT HOLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2021L011906** |
| v. | ) | Case No. |
| | ) | |
| STEWART TITLE GUARANTY | ) | **JURY DEMANDED** |
| COMPANY, | ) | |
| | ) | |
| Defendant, | ) | |

## COMPLAINT

NOW COMES Plaintiff, by his attorneys, Owens Law LLC, and for his complaint against Defendant, STEWART TITLE GUARANTY COMPANY, states as follows:

1. Plaintiff is a private citizen, residing in the State of Florida.

2. Upon information and belief, at all relevant times, Defendant, Stewart Title Guaranty Company, is a Texas corporation that operated as a title company and conducted its business operations in Chicago, Cook, County Illinois, at 10 S. Riverside Plaza, Suite 1450, Chicago, Illinois.

3. Plaintiff was hired as an employee of and by Defendant in April 1997 as a commercial title examiner, where his primary duties were to undertake commercial title examinations for parties that engaged Defendant's title services pursuant to commercial real estate transactions.

1

FILED DATE: 11/24/2021 3:38 PM 2021L011906

4.      At all relevant times, Plaintiff was an "employee" of Defendant within the meaning of VII of the Civil Rights Act of 1964, § 701 *et seq.*, as amended, 42 U.S.C. § 2000e *et seq.* and the Illinois Human Rights Act, 775, ILCS 5/2-101 *et seq.*

5.      At all relevant times, Defendant was the "employer" of Claimant within the meaning of VII of the Civil Rights Act of 1964, § 701 *et seq.*, as amended, 42 U.S.C. § 2000e *et seq.* and the Illinois Human Rights Act, 775, ILCS 5/2-101 *et seq.*

## COUNT I
## DISCRIMINATION ON THE BASIS OF RACE

6.      Plaintiff realleges paragraphs 1 through 5 as though fully set forth herein.

7.      Plaintiff's race is black.

8.      At all relevant times, Plaintiff was a qualified, competent and dedicated employee.

9.      At all relevant times, there were more than 15 employees of Defendant that worked in the office that Claimant worked in.

10.     As of May 5, 2020, of Defendant's thirty employees in the Chicago office, only two were black, Defendant and a newly hired administrative employee.

11.     All of the employees that were hired in Defendant's Chicago office were hired by the local and/or regional office leadership of the Chicago office.

12.     On May 5, 2020, Defendant violated Title VII of the Civil Rights Act of 1964, § 701 *et seq.*, as amended, 42 U.S.C. § 2000e *et seq.* and the Illinois Human Rights

2

FILED DATE: 11/24/2021 3:38 PM 2021L011906

Act, 775, ILCS 5/2-101 *et seq.* in that Defendant discriminated against Claimant on the basis of race by terminating his employment because he was black.

13.     On May 5, 2020, Defendant violated Title VII of the Civil Rights Act of 1964, § 701 *et seq.,* as amended, 42 U.S.C. § 2000e *et seq.* and the Illinois Human Rights Act, 775, ILCS 5/2-101 *et seq.* in that Defendant discriminated against Claimant on the basis of race by subjecting Claimant to disparate treatment in that:

a.     On May 5, 2020, Defendant reduced the number of employees in his office by terminating their employment.

b.     Plaintiff belonged to a protected class, being in a racial minority and person of the black race.

c.     In reducing the number of employees in Claimant's office, Defendant terminated the employment of every black person, including Claimant, that was employed in Claimant's office.

d.     Individuals who were not in a protected class, including individuals that were racially Caucasian, did not suffer any material adverse employment consequence, including employment termination on May 5, 2020.

e.     Of the individuals who were not in a protected class, and were not subject to employment termination, said individuals have less experience as a commercial title examiner than Claimant.  In fact, of the Caucasian commercial title examiners whose employment was not terminated (and who did not belong

3

FILED DATE: 11/24/2021 3:38 PM    2021L011906

to a protected class), Claimant had in excess of 14 years more experience as a commercial title examiner.

14.     Plaintiff suffered damages that were proximately caused by Defendant's illegal racial discrimination.  Plaintiff suffered damages and seeks the following: front pay, back pay, exemplary damages, payment of his court costs including reasonable attorneys fees, and out of pocket expenses.

WHEREFORE, Plaintiff requests of this Honorable Court that it enter a judgment in favor of Plaintiff and against Defendant, in a sum exceeding $50,000.00, together with any and all other relief that this Court deems just and proper.

**COUNT II**
**DISCRIMINATION ON THE BASIS OF SEXUAL ORIENTATION**

6.     Plaintiff realleges paragraphs 1 through 5 as though fully set forth herein.

7.     At all relevant times Plaintiff was and is gay.

8.     Plaintiff was hired as an employee of and by Defendant in April 1997 as a commercial title examiner, where his primary duties were to undertake commercial title examinations for parties that engaged Defendant's title services pursuant to commercial real estate transactions.

9.     At all relevant times, Plaintiff was a qualified, competent and dedicated employee.

10.     At all relevant times, there were more than 15 employees of Defendant that worked in the office that Claimant worked in.

2

FILED DATE: 11/24/2021 3:38 PM    2021L011906

11.     Upon information and belief, as of May 5, 2020, of Defendant's thirty employees in the Chicago office, only one was gay, Defendant.

12.     All of the employees that were hired in Defendant's Chicago office were hired by the local and/or regional office leadership of the Chicago office.

13.     On May 5, 2020, Defendant violated Title VII of the Civil Rights Act of 1964, § 701 *et seq.,* as amended, 42 U.S.C. § 2000e *et seq.* and the Illinois Human Rights Act, 775, ILCS 5/2-101 *et seq.* in that Defendant discriminated against Claimant on the basis of sexual orientation by terminating his employment because he was gay.

14.     On May 5, 2020, Defendant violated Title VII of the Civil Rights Act of 1964, § 701 *et seq.,* as amended, 42 U.S.C. § 2000e *et seq.* and the Illinois Human Rights Act, 775, ILCS 5/2-101 *et seq.* in that Defendant discriminated against Claimant on the basis of sexual orientation by subjecting Claimant to disparate treatment in that:

    a.     On May 5, 2020, Defendant reduced the number of employees in his office by terminating their employment.

    b.     Plaintiff belonged to a protected class, being gay by sexual orientation.

    c.     In reducing the number of employees in Claimant's office, Defendant terminated the employment of every gay person, including Claimant, that was employed in Claimant's office.

FILED DATE: 11/24/2021 3:38 PM    2021L011906

d. Individuals who were not in a protected class, including individuals that were heterosexual, did not suffer any material adverse employment consequence, including employment termination on May 5, 2020.

e. Of the individuals who were not in a protected class, and were not subject to employment termination, said individuals have less experience as a commercial title examiner than Claimant. In fact, of the heterosexual commercial title examiners whose employment was not terminated (and who did not belong to a protected class), Claimant had in excess of 14 years more experience as a commercial title examiner.

15. Plaintiff suffered damages that were proximately caused by Defendant's illegal discrimination on the basis of sexual orientation. Plaintiff suffered damages and seeks the following: front pay, back pay, exemplary damages, payment of his court costs including reasonable attorneys fees, and out of pocket expenses.

WHEREFORE, Plaintiff requests of this Honorable Court that it enter a judgment in favor of Plaintiff and against Defendant, in such sum exceeding $50,000.00, together with any and all other relief that the Court deems just and proper.

Respectfully Submitted By,

One of Plaintiff's Attorneys

2

FILED DATE: 11/24/2021 3:38 PM   2021L011906

Troy C. Owens (ARDC No. 6208293)
Owens Law LLC
9 Crystal Lake Road, Suite 240
Lake in the Hills, IL 60156
(Attorney No. 63431)
847.854.8700
847.854.8777 (fax)
troy@oltrials.com

7

FILED
11/24/2021 3:38 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 11/24/2021 3:38 PM   2021L011906

## IN THE CIRCUIT COURT OF COOK COUNTY
## STATE OF ILLINOIS
## LAW DIVISION

| | |
|---|---|
| DWIGHT HOLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2021L011906 |
| | ) |
| STEWART TITLE GUARANTY | ) **JURY DEMANDED** |
| COMPANY, | ) |
| | ) |
| Defendant, | ) |

### JURY DEMAND

Plaintiff hereby demands trial by jury on all issues.

Respectfully Submitted By,

_____

One of Plaintiff's Attorneys

Troy C. Owens (ARDC No. 6208293)
Owens Law LLC
9 Crystal Lake Road, Suite 240
Lake in the Hills, IL 60156
(Attorney No. 63431)
847.854.8700
847.854.8777 (fax)
troy@oltrials.com